AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America
v.

**KYLE MCLEMORE**

*Defendant*

Case No. 23-393

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **KYLE MCLEMORE**,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:371 - CONSPIRACY

18:922(a)(1)(A),924(a)(1)(D) AND 2 - DEALING IN FIREARMS WITHOUT A LICENSE, AIDING AND ABETTING

Date: 09/06/2023

Mark Ciamaichelo, Deputy Clerk
*Issuing officer's signature*

City and state: Philadelphia, PA

George Wylesol, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/6/2023, and the person was arrested on *(date)* 10/3/2023
at *(city and state)* Phoenixville, PA.

Date: 10/3/2023

*Arresting officer's signature*

Franklin Fernandez, SA ATF
*Printed name and title*