IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KYLE MCLEMORE | : | NO. 23-393 |

### ORDER

AND NOW, this 22nd day of April, 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Defendant Kyle Mclemore to suppress the fruit of the November 9, 2021 search of his cell phone (Doc. #35) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                   J.